UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MINKA DANAN,

    Plaintiff,

vs.                                        Case No. 8:12-cv-00007-T-27TGW

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 17). As of this date, there are no objections to the Report and Recommendation, and the time for filing such objections has now expired.

After conducting a careful and complete review of the findings and recommendations, a district court may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that a district court review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C). The district court reviews legal conclusions *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Report and Recommendation

1

is APPROVED and ADOPTED for all purposes, including for appellate review. The decision of the Commissioner is AFFIRMED. The Clerk is directed to ENTER final judgment in favor of Defendant and to CLOSE the file.

**DONE AND ORDERED** this 18th day of April, 2013.

*/s/ Whittemore*
JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record